DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CASEY LOUIS PREVELHOMME,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM,** and
**KIMBERLY YVELISSA ALISE JOSEPH,**
Appellees.

No. 4D2023-2724

[April 24, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elaine Carbuccia, Judge; L.T. Case No. FMCE20-009215.

Dania Viñuela of Family Help Center, LLC, Pembroke Pines, for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Office of the Attorney General, Child Support Enforcement, Tallahassee, for appellee Department of Revenue, Child Support Program.

No appearance for appellee Kimberly Yvelissa Alise Joseph.

PER CURIAM.

Appellant appeals the circuit court's final judgment and the circuit court's subsequent order denying appellant's motion for relief from judgment. The Department of Revenue concedes that the final child support hearing was not properly scheduled. As a result, the Department concedes that the circuit court's final judgment of child support and other relief should be reversed. We agree and reverse the final judgment. Doing so renders the remaining issues on appeal moot.

*Reversed and remanded.*

WARNER, FORST and KUNTZ, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*